FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 27 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

09-CV-00301-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES DANIEL, JR., | CASE NO. C09-0301-JLR |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S HABEAS PETITION |
| SUPERINTENDENT FRAKES, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, *Petitioner's Objections to Report & Recommendation (Dkt 33)* and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion for an evidentiary hearing (Dkt. 22) is DENIED;

(3) Petitioner's habeas petition is DENIED and this action are DISMISSED, and

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 20th day of November, 2009.

JAMES L. ROBART
United States District Judge

ORDER DENYING PETITIONER'S HABEAS PETITION
PAGE -1